**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MARIA NAVARRO CARRILLO AND JOSE
GARZON, on behalf of M.G. as parents and
Natural guardians, and individually,

                            Plaintiffs,                        20 **CIVIL** 4639 (CM)

                -against-                              **JUDGMENT**

RICHARD CARRANZA, et al.,

                          Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 10, 2021, the plaintiff parents' motion for summary judgment is denied; the defendants' cross-motion for summary judgment is granted, and the complaint is dismissed, with costs to the defendants; accordingly, the case is closed.

**Dated:**  New York, New York
           September 13, 2021

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                         **Clerk of Court**
                                  **BY:**
                                                             **Deputy Clerk**